**Order filed June 19, 2013**



In The

# Fourteenth Court of Appeals

## NO. 14-10-01127-CV

### NEW DELIVERANCE CHURCH, INC., Appellant

### V.

### ADAM MILLER AND HOUSSIERE, DURANT & HOUSSIERE, LLP, Appellee

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2004-70043A**

## O R D E R

The clerk's record was filed January 14, 2011. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain Intervenors, Houssiere, Durant & Houssiere, LLP and Adam Miller's Supplemental Brief in support of their motion for Summary Judgment filed June 28, 2010.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before June 28, 2013, containing Intervenors, Houssiere, Durant & Houssiere, LLP and Adam Miller's Supplemental Brief in support of their motion for Summary Judgment filed June 28, 2010.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM